**Richard SNYDER; Catherine Snyder, Plaintiffs–Appellants,**

v.

**GREENBERG TRAURIG, LLP; Harley Lewin; Stephen J. Wadyka; Janet Shih Hajek; Diane Von Furstenberg, LP, Defendants–Appellees,**

and

**Diane Von Furstenberg Studio; Larissa MacFarquhar; The New Yorker Magazine, Inc.; Conde Nast, Incorporated; Advance Publications, Incorporated, trading as The New Yorker, Defendants.**

No. 09–8044.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Richard Snyder, Catherine Snyder, Appellants Pro Se. Thomas Gerard Connolly, Jacinda Ann Lanum, Patrick Pearse O'Donnell, Christopher J. Wright, Wiltshire & Grannis, LLP, Washington, D.C.; Kevin B. Bedell, Greenberg Traurig, LLP, McLean, Virginia, for Appellees.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard and Catherine Snyder appeal the district court's orders dismissing their civil action and reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Snyder v. Greenberg Traurig, LLP,* No. 1:08–cv–01270–GBL–TCB (E.D. Va. Oct. 29, 2009 & Jan. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*